**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| ALMONDNET, INC., and<br>INTENT IQ, LLC,<br><br>Plaintiffs,<br>v.<br><br>SNAP INC.,<br><br>Defendant. | Case No. 7:25-CV-00181-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**<u>RESPOND TO DEFENDANT'S MOTION TO DISMISS</u>**

Plaintiffs AlmondNet, Inc. and Intent IQ, LLC respectfully move for a three-week extension of time for Plaintiffs to file its opposition to Defendant Snap Inc.'s Motion to Dismiss (Dkt. 38).

Plaintiffs' deadline to respond to the Motion is currently Tuesday October 28, 2025, and, with this three-week extension, the deadline to respond would be November 18, 2025. This extension is not being sought for purposes of delay, but rather to ensure the parties and their counsel have adequate time to address the issues raised in Defendant's Motion.

Counsel for the parties have conferred and Defendant does not oppose this extension. Accordingly, Plaintiffs request that the Court grant the motion and enter the attached proposed Order.

Dated: October 24, 2025

Respectfully submitted,

*<u>/s/ Daniel B. Kolko</u>*

Reza Mirzaie
Marc A. Fenster
Brian D. Ledahl

Adam S. Hoffman
James A. Milkey
Philip X. Wang
Susan Y. Tull
James Tsuei
Jonathan Ma
Joshua M. Scheufler
Daniel B. Kolko
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: 310-826-7474
Fax: 310-826-6991
rmirzaie@raklaw.com
mfenster@raklaw.com
bledahl@raklaw.com
ahoffman@raklaw.com
jmilkey@raklaw.com
pwang@raklaw.com
stull@raklaw.com
jtsuei@raklaw.com
jma@raklaw.com
jscheufler@raklaw.com
dkolko@raklaw.com

*Attorneys for Plaintiffs*
*AlmondNet, Inc. and*
*Intent IQ, LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Daniel B. Kolko*
Daniel B. Kolko

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiffs conferred with counsel for Snap Inc. regarding the subject of this motion, and this motion is agreed.

*/s/ Daniel B. Kolko*
Daniel B. Kolko