UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ALMONDNET, INC. and<br>INTENT IQ, LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SNAP INC.,<br><br>    *Defendant*. | Civil Action No. 7:25-cv-00181-DC-DTG<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Defendant Snap Inc.'s ("Snap") Unopposed Motion to Extend the Deadline to Serve Its Preliminary Invalidity Contentions and Production ("Motion"). In the Motion, Snap respectfully requests a seven (7) day extension of time, or until January 23, 2026, to serve its preliminary invalidity contentions and associated prior art and technical production. Having considered the Motion, and that the Motion is unopposed, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Snap's deadline for Snap to serve its preliminary invalidity contentions and associated prior art and technical production is extended to and includes Friday, January 23, 2026.