**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **INTENT IQ, LLC,  ALMONDNET, INC.,** | § | |
| *Plaintiffs,* | § § § | |
| | § § | |
| v. | § § | **MO:25-CV-00181-DC** |
| | § § | |
| **SNAP INC.,** | § § | |
| *Defendant.* | § | |

**ORDER**

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Derek T. Gilliland concerning Defendant Snap Inc.'s Motion to Dismiss.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on May 11, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

---

[1] Doc. 38.

[2] Doc. 72.

[3] Fed. R. Civ. P. 72 advisory committee's note.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**. Defendant Snap, Inc.'s Motion to Dismiss is **DENIED-IN-PART** and **GRANTED-IN-PART**. The motion to dismiss the direct infringement claims as to the '198 and '398 Patents and the indirect infringement claim as to the '146 Patent is **DENIED**. However, Plaintiff's claims of pre-suit indirect infringement and pre-suit willful infringement are **DISMISSED WITHOUT PREJUDICE** to repleading.

It is so **ORDERED**.

SIGNED this 27th day of May, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE